# United States Bankruptcy Court
## Western District of Wisconsin

In re: **George Adolph LaBrie, Jr.**
**Christen Marie LaBrie**
Debtor(s)

Case No. **1-21-10517**
Chapter **7**

# AMENDED
# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing Summary of Schedules, Schedule A/B, Schedule C, consisting of __14__ page(s), and that they are true and correct to the best of my knowledge, information, and belief.

Date **May 27, 2021**      Signature **/s/ George Adolph LaBrie, Jr.**
                                    **George Adolph LaBrie, Jr.**
                                    Debtor

Date **May 27, 2021**      Signature **/s/ Christen Marie LaBrie**
                                    **Christen Marie LaBrie**
                                    Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.