# United States Bankruptcy Court
## Western District of Wisconsin

In re **George Adolph LaBrie, Jr.**
**Christen Marie LaBrie**
Debtor(s)

Case No. **1-21-10517**
Chapter **7**

## CERTIFICATE OF SERVICE

I hereby certify that on **May 27, 2021**, a copy of **Amended Summary of Schedules, Amended Schedule A/B, and Amended Schedule C** was served electronically or by regular United States mail to all interested parties requesting notice, the Trustee, the U.S. Trustee, and all creditors listed below.

**See attached service list**

**/s/ Mark N. Mathias, Esq.**
**Mark N. Mathias, Esq. 1044377**
**Nicolet Law Office, S.C.**
**517 Second Street**
**Suite 205**
**Hudson, WI 54016**
**715-377-2141Fax:1-866-615-9295**
**mark@nicoletlaw.com**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

SERVICE LIST

Ally
PO Box 380903
Minneapolis, MN 55438-0903

Alpha Recovery Corp
6912 S Quentin St
Unit 10
Centennial, CO 80112

American Express National Bank
c/o Zwicker & Associates, P.C.
80 Minuteman Road
PO Box 9043
Andover, MA 01810-1041

Americollect, Inc.
PO Box 1566
1851 South Alverno Rd
Manitowoc, WI 54221

ARC Management Group
1825 Barrett Lakes Blvd
Suite 505
Kennesaw, GA 30144-7518

Arizona Department of Revenue
ATTN: Education and Compliance
1600 West Monroe St
Phoenix, AZ 85007

Asset Recovery Solutions
2200 E Devon Ave
Suite 200
Des Plaines, IL 60018-4501

Barron Electric Cooperative
PO Box 40
Barron, WI 54812

Blitt and Gaines, P.C.
731 N Jackson St
Suite 660
Milwaukee, WI 53202

Bryan Emergency Physicians
2801 Franciscan Dr
Bryan, TX 77802-2544

Bureaus Investment Group
650 Dundee Road
Suite 370
Northbrook, IL 60062

Capital One
PO Box 30285
Salt Lake City, UT 84130-0285

Cavalry SPV I, LLC
500 Summit Lake Drive
Suite 400
Valhalla, NY 10595

Charter Communications
ATTN Cash Management
4670 E Fulton
Suite 102
Ada, MI 49301

Chase
PO Box 15298
Wilmington, DE 19850

CitiBank
Citicorp Credit Svcs/Central Bk Dept
PO Box 790034
Saint Louis, MO 63179

Citizens Bank, N.A.
1 Citizens Drive
Providence, RI 02940

Colorado Department of Revenue
Taxpayer Service Section
1375 Sherman St
Room 240
Denver, CO 80261-0004

Comenity Bank
Bankruptcy Department
PO Box 182125
Columbus, OH 43218-2125

Cottonwood Financial Collections
1901 Gateway Dr
Suite 200
Irving, TX 75038

Credit Management, L.P.
6080 Tennyson Pkwy
Suite 100
Plano, TX 75024-6002

Credit One
PO Box 98873
Las Vegas, NV 89183-8873

De Lage Landen Financial Services
1111 Old Eagle School Rd
Wayne, PA 19087

Delwayne and Janice Kenitzer
c/o David Schweigert, Esq.
PO Box 955
Bismarck, ND 58502-0955

Desert Disposal
4062 W WMCA Blvd
Winnemucca, NV 89445

ERC
PO Box 57610
Jacksonville, FL 32241

First National Bank of Omaha
1620 Dodge Street
Stop Code 3105
Omaha, NE 68197

Ford Motor Credit
National Bankruptcy Service Center
PO Box 62180
Colorado Springs, CO 80962

Great American Insurance Co
c/o Howard, Solochek & Weber, S.C.
1800 E Howard Ave
Milwaukee, WI 53207

Gurstel Chargo
622 N Water St
Suite 400
Milwaukee, WI 53202

Heights Finance Corp
2605 W College Ave
Appleton, WI 54914

Herc Rentals, Inc
PO Box 650280
Dallas, TX 75265-0280

Heritage Credit Union
PO Box 85
Chetek, WI 54728

Howard, Solochek & Weber
1800 East Howard Ave
Milwaukee, WI 53207

HSHS Division - Western WI
29026 Network Place
Chicago, IL 60673-1290

IHC Sacred Heart ER Phys, LLC
PO Box 80267
Philadelphia, PA 19101-1267

IHC Wound Care Services, LLC
PO Box 80273
Philadelphia, PA 19101-1273

Indiana Department of Revenue
PO Box 1028
Indianapolis, IN 46206-1028

IRS
PO Box 7346
Philadelphia, PA 19101-7346

Joseph Norby, Esq.
225 N Richmond St
#201
Appleton, WI 54911

Keybridge Medical Revenue Care
PO Box 1568
Lima, OH 45802

Koehler & Meese Law Office
PO Box 152
Rice Lake, WI 54868

Kohn Law Firm
735 N Water St
Suite 1300
Milwaukee, WI 53202-4106

Lakeview Medical Center
1700 W Stout St
Rice Lake, WI 54868

LVNV Funding
15 South Main Street
Suite 500
Greenville, SC 29601

Madison St. Joseph Health
100 W Cross St
Madisonville, TX 77864

Marion General Hospital
441 N Wabash Ave
Marion, IN 46952

Marshfield Clinic
1000 N Oak Ave
Marshfield, WI 54449

Mayo Clinic
4500 San Pablo Road
Jacksonville, FL 32224-1865

Murphy Desmond Lawyers
PO Box 2038
Madison, WI 53701-2038

National Funding, Inc.
c/o Gurstel Law
6681 Country Club Dr
Golden Valley, MN 55427

Nationwide Mutual Insurance Company
c/o Blitt & Gaines
250 E Wisconsin Avenue
18th Floor
Milwaukee, WI 53202

New Mexico Taxation and Revenue Dept
PO Box 8390
Santa Fe, NM 87504-8390

North Dakota Office of State Tax Commiss
600 E Boulevard Ave
Dept 127
Bismarck, ND 58505-0552

Paypal Credit
PO Box 5138
Lutherville Timonium, MD 21094

Pearle Vision
3063 Meadowlark Lane
#10
Altoona, WI 54720

Phoenix Financial Services, LLC
PO Box 361450
Indianapolis, IN 46236-1450

Prevea Health
PO Box 19012
Green Bay, WI 54307-9012

Professional Credit Service
PO Box 7548
Springfield, OR 97475-0039

Raihle Law Office, S.C.
99 E Grand Ave
Chippewa Falls, WI 54729

Resource Management, Inc.
2211 E Clairemont Ave
Suite 1
PO Box 1800
Eau Claire, WI 54701-4920

Resurgent Capital Services
ATTN: Bankruptcy
PO Box 10497
Greenville, SC 29603

RMP Services, LLC
ATTN Bankruptcy
PO Box 21626
Waco, TX 76702

Rock & Tait Exteriors, LLC
4107 - 124th Street
Chippewa Falls, WI 54729

Ron Kinsella
17399 Shambo Rd
Havre, MT 59501

Royal Credit Union
PO Box 970
Eau Claire, WI 54702

Sacred Heart
900 W Clairemont Ave
Eau Claire, WI 54701

St. Joseph EMS
2200 E Villa Maria Rd
Bryan, TX 77802

St. Joseph's Hospital
2661 Co Hwy I
Chippewa Falls, WI 54729-1498

Stark & Stark
993 Lenox Drive
Bldg 2
Lawrenceville, NJ 08648

State of Montana
Department of Revenue
PO Box 5805
Helena, MT 59604-5805

Sterling Bank
427 2nd Street
PO Box 106
Chetek, WI 54728

Sunbelt Rentals, Inc.
PO Box 409211
Atlanta, GA 30384-9211

Swift Capital
3505 Silverside Rd
Suite 200
Wilmington, DE 19810

Synchrony Bank
Attn: Bankruptcy Department
PO Box 965060
Orlando, FL 32896-5060

TD Bank USA
3901 West 53rd St
Sioux Falls, SD 57106-4216

Texas A&M University HSC COM
3050 Health Professions Ed Bldg
8447 Riverside Pkwy
Bryan, TX 77807

The Bureaus, Inc.
650 Dundee Rd
Suite 370
Northbrook, IL 60062-2757

United Rentals
5517 Distribution Dr
Fort Wayne, IN 46825

US Department of Education
PO Box 5609
Greenville, TX 75403-5609

Vermeer of Indiana, Inc.
13402 Britton Park Rd
Fishers, IN 46038

Wells Fargo Auto Finance
PO Box 25341
Santa Ana, CA 92799-5343

WI SCTF
PO Box 74200
Milwaukee, WI 53274

Williams, Babbit & Weisman, Inc.
1001 Yamato Road
Suite 302
Boca Raton, FL 33431

Wisconsin Department of Revenue
P.O. Box 8901
Madison, WI 53708-8901